# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM COLES, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAREFUSION RESOURCES, LLC, a Delaware Limited Liability Company; BECTON DICKINSON AND COMPANY, a New Jersey Corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 3:22-cv-01762-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO STAY DISCOVERY AND MOTION PRACTICE PENDING MEDIATION**<br><br>Complaint Filed: September 16, 2022<br>Removal Date:   November 9, 2022<br><br>District Judge:   Roger T. Benitez<br>Magistrate:       Karen S. Crawford |

    The Court having reviewed the Parties' Joint Motion and Stipulation to Stay Discovery and Motion Practice Pending Mediation, and good cause appearing thereof, hereby ORDERS the following:

    1.    Formal discovery is stayed in this matter, to be lifted on July 1, 2023, if this matter does not settle in connection with the June 2023 mediation. However, the Parties will informally exchange data necessary to mediate this matter. Defendants will produce all mediation data on or before May 1, 2023.

    2.    The Parties further agree that any purported *Pick-Up Stix* campaign seeking general releases from the Class Members is hereby prohibited until

completion of the June 2023 mediation.

3. Should this matter not settle in connection with the June 2023 mediation, Defendant's supplemental responses to Plaintiff's (1) Interrogatories (Set One); (2) Interrogatories (Set Two); and (3) Requests for Production of Documents (Set One) shall be served on or before July 1, 2023.

4. Should this matter not settle in connection with the June 2023 mediation, the Parties will complete all discovery relating to class certification by November 1, 2023.

5. Should this matter not settle in connection with the June 2023 mediation, Plaintiff shall file a class certification motion by January 2, 2024. Any requests for a special briefing schedule for class certification shall be made to the Hon. Roger T. Benitez.

**IT IS SO ORDERED**.

Dated: March 10, 2023

_____
Hon. Roger T. Benitez
United States District Judge